**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Plato Learning, Inc., d/b/a Plato Learning of Minnesota, Inc. (f/k/a TRO Learning, Inc.), a Minnesota corporation,

Plaintiff,

vs.

Theresa McCollum, Sam Miles, Kelly Kilgore-Halvorson, Teresa Low, Arthur Lin, Elizabeth Laboski, Carol Truesdale, individuals, and Riverdeep, Inc., a Massachusetts corporation,

Defendants.

Case No. 01-108 JRT/FLN

**STIPULATION AND ORDER**

---

WHEREAS, Defendant Riverdeep, Inc. was provided with the Summons and Complaint on January 25, 2001.

NOW, THEREFORE, it is stipulated and agreed among the parties, through their counsel, as follows:

1. Defendants Theresa McCollum, Kelly Kilgore-Halvorson, Arthur Lin, Carol Truesdale, and Riverdeep, Inc. have an extension of time to answer Plaintiff's Complaint in this action and/or otherwise plead, and that said pleading shall be served on Plaintiff on or before February 28, 2001.

FILED FEB 15 2001
CLERK

2. Neither party shall initiate any discovery nor request a discovery conference prior to Defendants' filing of their Answer and/or other responsive pleading.

Dated: February 14, 2001

**WINTHROP & WEINSTINE, P.A.**

By ______________________
Robert R. Weinstine, #115435
Laura A. Pfeiffer, #0260125

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700
Attorneys for Defendants Theresa McCollum, Kelly Kilgore-Halverson, Arthur Lin, Carol Truesdale, and Riverdeep, Inc.

Of Counsel:

**McDERMOTT, WILL & EMERY**
James A. Marcellino, Esq. (318840)
Brian W. Robinson, Esq. (556588)
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: February 14, 2001

**BURK & SEATON, P.A.**

By: ______________________
Alec J. Beck (#201133)
Douglas P. Seaton (#127759)
Gregory P. Wilken (#273181)

7301 Ohms Lane – Suite 320
Minneapolis, Minnesota 55439
(952) 896-1700
Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated: February 15, 2001

BY THE COURT:

______________________

idmsmpl:439855_1

FLN

# WINTHROP & WEINSTINE

A PROFESSIONAL ASSOCIATION

SHERMAN WINTHROP
ROBERT R. WEINSTINE
RICHARD A. HOEL
STEVEN C. TOUREK
STEPHEN J. SNYDER
MARVIN C. INGBER
HART KULLER
DAVID P. PEARSON
THOMAS M. HART IV
DARRON C. KNUTSON
JOHN A. KNAPP
MICHELE D. VAILLANCOURT
DONALD J. BROWN
JON J. HOGANSON
SANDRA J. MARTIN
TODD B. URNESS
TIMOTHY M. BARNETT
SCOTT J. DONGOSKE
PETER J. GLEEKEL
EDWARD J. DRENTTEL

JEFFREY R. ANSEL
LAURIE A. KNOCKE
LLOYD W. GROOMS
MARK T. JOHNSON
THOMAS J. PUFF
BROOKS F. POLEY
THOMAS H. BOYD
DANIEL C. BECK
JOANNE L. MATZEN
PATRICK W. WEBER
PAUL W. MARKWARDT
CRAIG A. BRANDT
JAMES W. DIERKING
THERESE M. MARSO
MELISSA A. GRANT
JEFFREY L. LECLERC
THOMAS A. WALKER
JOHN C. HOLPER
TIFFANY A. BLOFIELD
RYAN K. CRAYNE

BETH GERSTEIN TIMM
JULIE A. SILVERMAN
ERIC F. SWANSON
LAURA A. PFEIFFER
CRAIG S. KRUMMEN
MATTHEW R. MCBRIDE
PHILIP R. MAHOWALD
NORMAN L. JONES III
KARL E. ROBINSON
JONATHAN W. J. ARMOUR
DANIEL S. SCHLECK
MARK A. PIHART *
CHARLES J. SCHOENWETTER
ANDREW C. TRIGGS
JASON L. BROWN
JULIE ANN FISHEL
DARRELL E. GRAHAM
JOY S. MCGINNIS
DANA M. NEU
RYAN F. URNESS
BO W. WILSEY

WILLIAM H. KOMP
JOHN D. NOLDE
JENNIFER K. BOWER
MICHAEL T. HATTING
CHUANPIS SANTILUKKA

* ONLY ADMITTED TO PRACTICE IN IOWA AND ILLINOIS

*ROGER D. GORDON*
*(1950-2000)*

*Attorneys and Counselors at Law*

3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
Telephone (651) 290-8400
Fax (651) 292-9347

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone (612) 347-0700
Fax (612) 347-0600

lpfeiffer@winthrop.com

*Direct Dial*

*(612) 347-0685*

*Reply to:*
*Minneapolis*

February 14, 2001

RECEIVED
FEB 14 2001
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

***VIA MESSENGER***
Clerk of U.S. District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: *Plato Learning, Inc., d/b/a Plato Learning of Minnesota, Inc. (f/k/a TRO Learning, Inc.) v. Theresa McCollum, et al.*
File No.: 01-108 JRT/FLN

Dear Clerk:

Please find enclosed for consideration and filing an original Stipulation and Order regarding the above-referenced action. Please be advised that this Stipulation and Order supersedes one that was sent by mail on today's date as this Stipulation and Order properly reflects Winthrop & Weinstine, P.A. and McDermott, Will & Emery's representation of only certain Defendants in the above-captioned action.

If you should have any questions or concerns, please feel free to contact me.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

By - 
Laura A. Pfeiffer

LAP/hl idmsmpl:440440_1
Enclosure
cc: Gregory P. Wilken, Esq.
Robert R. Weinstine, Esq.
James A. Marcellino, Esq.
Brian W. Robinson, Esq.