**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Plato Learning, Inc., d/b/a Plato Learning of Minnesota, Inc. (f/k/a TRO Learning, Inc.), a Minnesota corporation,

Plaintiff,

vs.

Theresa McCollum, Sam Miles, Kelly Kilgore-Halvorson, Teresa Low, Arthur Lin, Elizabeth Laboski, Carol Truesdale, individuals, and Riverdeep, Inc., a Massachusetts corporation,

Defendants.

Case No. 01-108 JRT/FLN

**STIPULATION AND ORDER**

---

WHEREAS, Defendants were provided with the Summons and Complaint on January 25, 2001.

NOW, THEREFORE, it is stipulated and agreed among the parties, through their counsel, as follows:

1. Defendants Theresa McCollum, Sam Miles, Kelly Kilgore-Halvorson, Teresa Low, Arthur Lin, Elizabeth Laboski, Carol Truesdale, and Riverdeep, Inc. have an extension of time to answer Plaintiff's Complaint in this action and/or otherwise plead, and that said pleading shall be served on Plaintiff on or before February 28, 2001.

FEB 2 6 2001

2. Neither party shall initiate any discovery nor request a discovery conference prior to Defendants' filing of their Answer and/or other responsive pleading.

Dated: February 12 2001

**WINTHROP & WEINSTINE, P.A.**

By ______________________
Robert R. Weinstine, #115435
Laura A. Pfeiffer, #0260125

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700
Attorneys for Defendants

Of Counsel:

**McDERMOTT, WILL & EMERY**
James A. Marcellino, Esq. (318840)
Brian W. Robinson, Esq. (556588)
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: February 13, 2001

**BURK & SEATON, P.A.**

By: ______________________
Alec J. Beck (#201133)
Douglas P. Seaton (#127759)
Gregory P. Wilken (#273181)

7301 Ohms Lane – Suite 320
Minneapolis, Minnesota 55439
(952) 896-1700
Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated: February 23, 2001

BY THE COURT:

______________________

idmsmpl:439855_1