**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PLATO INTERACTIVE LEARNING, INC.,

Plaintiffs,

v.

RIVERDEEP INTERACTIVE LEARNING LIMITED, et al.

Defendants.

Civil 01-108 (JRT/FLN)

**ORDER OF REFERENCE**

---

Alec J. Beck, Douglas P. Seaton, and Gregory P. Wilken, SEATON, BECK & PETERS, 7301 Ohms Lane, Suite 230, Minneapolis, MN 55439, for plaintiffs.

Robert R. Weinstine and Laura A. Pfeiffer, WINTHROP & WEINSTINE, 60 South Sixth Street, Ste 3000, Minneapolis, MN 55402, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendants' motion to dismiss [Docket No. 8] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: May 1, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

MAY 01 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK