UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Plato Interactive Learning, Inc.,

Plaintiff,

vs.

Riverdeep Interactive Learning Limited et al.,

Defendants.

Civil 01-108 JRT/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 30, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that defendants' motion to dismiss [#8] is DENIED. This case shall remain venued in the District of Minnesota.

DATED: 9/21, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK